# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>SMITH, LISA M. | 2. Court or Organization<br><br>U.S.DISTRICT COURT, SDNY | 3. Date of Report<br><br>09/21/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. MAGISTRATE JUDGE FULL TIM | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

UNITED STATES COURTHOUSE
300 QUARROPAS STREET
WHITE PLAINS, NY 10601

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Custodian | On behalf of minor child #1's Stifel Nicolaus Investment Accounts |
| 2. | Custodian | On behalf of minor child #2's Stifel Nicolaus Investment Accounts |
| 3. | Custodian | On behalf of minor child #1's New York's College Savings Program |
| 4. | Custodian | On behalf of minor child #2's New York's College Savings Program |
| 5. | Custodian | On behalf of minor child #1's Stifel ROTH IRA Account |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SMITH, LISA M. | 09/21/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | Pace University School of Law for teaching | $15,155.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Wages from Ridgefield Hardware Co., Ridgefield, CT |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SMITH, LISA M. | 09/21/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Miles Plant (outgoing law clerk) | framed, autographed sports jersey (Christian Laettner from Duke) | $400.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SMITH, LISA M. | 09/21/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity NY Municipal Money Market Fund | A | Dividend | J | T | | | | | |
| 2. Fidelity IRA (Puritan Fund) | A | Dividend | K | T | | | | | |
| 3. Fidelity IRA (Fidelity Fund) | A | Dividend | J | T | | | | | |
| 4. Fidelity IRA (Cash Reserves) | A | Dividend | J | T | | | | | |
| 5. Webster Bank, Wilton CT -- Checking Account | | None | L | T | | | | | |
| 6. Fidelity Growth and Income Fund | A | Dividend | J | T | | | | | |
| 7. Fidelity Dividend Growth Fund | B | Dividend | K | T | | | | | |
| 8. HSBC IRA (T. Rowe Price Dividend Growth Fund) | A | Dividend | J | T | | | | | |
| 9. HSBC, White Plains, NY | | None | J | T | | | | | |
| 10. Cisco Systems Common Stock | A | Dividend | J | T | | | | | |
| 11. Century Link Communications Common Stock | A | Dividend | J | T | | | | | |
| 12. Walt Disney Common Stock | A | Dividend | J | T | | | | | |
| 13. Long Island Power Auth. N.Y. Elec. Systems Bonds | | None | K | T | | | | | |
| 14. Nassau Co. N.Y. Ind'l. Dev. Agency Bonds | | None | K | T | | | | | |
| 15. Municipal Assistance Corp. For City of Troy, N.Y. Bonds | | None | K | T | | | | | |
| 16. Long Island Power Auth. Bonds | | None | J | T | | | | | |
| 17. Stifel ROTH IRA (insured bank program money market) | A | Int./Div. | J | T | Buy | 04/14/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SMITH, LISA M. | 09/21/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Stifel Nicolaus IRA money market | A | Interest | J | T | | | | | |
| 19. Stifel Nicolaus investment account money market | A | Interest | J | T | | | | | |
| 20. Stifel Nicolaus Custodial Acc't for minor child #1 (cash account) | A | Interest | K | T | | | | | |
| 21. Stifel Nicolaus Custodial Acc't for minor child #2 (X) (cash account) | A | Interest | J | T | | | | | |
| 22. General Electric common stock | A | Dividend | J | T | | | | | |
| 23. Citigroup common stock | A | Dividend | J | T | | | | | |
| 24. Pfizer common stock | A | Dividend | J | T | | | | | |
| 25. Fidelity Unique Coll. Inv. Plan 2015 | | None | J | T | | | | | |
| 26. Fidelity Unique Coll. Inv. Plan 2018 | | None | J | T | | | | | |
| 27. NY College Savgs Prgrm A/C Mod Age Based Option: Conserv Gr | | None | J | T | | | | | |
| 28. NY College Savgs Prgrm A/C Mod Age Based Option:Mod Growth | | None | J | T | | | | | |
| 29. Capital One Financial Corp Common Stock | A | Dividend | J | T | | | | | |
| 30. Citadel Broadcasting Corp. common stock | | None | | | Sold | 05/30/14 | J | | |
| 31. Freeport McMoran Copper & Gold, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 32. Invesco Intermediate Term Muni Income Fund Class Y | A | Dividend | K | T | Buy (add'l) | 07/16/14 | J | | Stifel Inv't a/c |
| 33. Invesco Intermediate Term Muni Income Fund Class Y | A | Dividend | K | T | Sold (part) | 10/24/14 | J | A | Stifel Inv't a/c |
| 34. Artisan Funds Mid Cap Value | A | Dividend | J | T | Buy (add'l) | 01/24/14 | J | | Stifel Inv't a/c |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | SMITH, LISA M. | 09/21/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Artisan Funds Mid Cap Value | A | Dividend | J | T | Buy (add'l) | 10/24/14 | J | | Stifel Inv't a/c |
| 36. Artisan Funds Mid Cap Value | A | Dividend | J | T | Sold (part) | 07/16/14 | J | A | Stifel Inv't a/c |
| 37. Blackrock Equity Dividend Fund | A | Dividend | J | T | Buy | 02/24/14 | J | | Stifel Inv't a/c |
| 38. Blackrock Equity Dividend Fund | A | Dividend | J | T | Sold (part) | 07/06/14 | J | A | Stifel Inv't a/c |
| 39. Blackrock Equity Dividend Fund | A | Dividend | J | T | Sold (part) | 10/24/14 | J | A | Stifel Inv't a/c |
| 40. Columbia Contrarian Core | A | Dividend | J | T | Buy | 01/24/14 | J | | Stifel Inv't a/c |
| 41. Columbia Contrarian Core | A | Dividend | J | T | Sold (part) | 07/16/14 | J | A | Stifel Inv't a/c |
| 42. Columbia Contrarian Core | A | Dividend | J | T | Sold (part) | 10/24/14 | J | A | Stifel Inv't a/c |
| 43. Deutsche Managed Municipal Bond Fund | A | Dividend | J | T | Sold (part) | 10/24/14 | J | A | Stifel Inv't a/c |
| 44. Davis NY Venture | | None | | | Sold (part) | 01/24/14 | J | A | Stifel Inv't a/c |
| 45. Davis NY Venture | | None | | | Sold | 02/24/14 | J | B | Stifel Inv't a/c |
| 46. Dodge & Cox International Stock Fund | A | Dividend | J | T | Sold (part) | 07/16/14 | J | A | Stifel Inv't a/c |
| 47. Dodge & Cox International Stock Fund | A | Dividend | J | T | Buy (add'l) | 10/24/14 | J | | Stifel Inv't a/c |
| 48. Fidelity Advisor New Insights Instl Cl | A | Dividend | J | T | Sold (part) | 01/24/14 | J | A | Stifel Inv't a/c |
| 49. Fidelity Advisor New Insights Instl Cl | A | Dividend | J | T | Sold (part) | 07/16/14 | J | A | Stifel Inv't a/c |
| 50. Fidelity Advisor New Insights Instl Cl | A | Dividend | J | T | Sold (part) | 10/24/14 | J | A | Stifel Inv't a/c |
| 51. Heartland Value Plus Instl Cl I | A | Dividend | J | T | Buy (add'l) | 07/16/14 | J | | Stifel Inv't a/c |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SMITH, LISA M. | 09/21/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Heartland Value Plus Instl Cl I | A | Dividend | J | T | Buy (add'l) | 10/24/14 | J | | Stifel Inv't a/c |
| 53. Heartland Value Plus Instl Cl I | A | Dividend | J | T | Sold (part) | 01/24/14 | J | A | Stifel Inv't a/c |
| 54. Nationwide Geneva Mid Cap Gr Instl Svc Class | A | Distribution | J | T | Buy (add'l) | 07/17/14 | J | | Stifel Inv't a/c |
| 55. Nationwide Geneva Mid Cap Gr Instl Svc Class | A | Distribution | J | T | Sold (part) | 01/24/14 | J | A | Stifel Inv't a/c |
| 56. Nationwide Geneva Mid Cap Gr Instl Svc Class | A | Distribution | J | T | Sold (part) | 10/24/14 | J | A | Stifel Inv't a/c |
| 57. MFS Ser Tr Intl Growth | A | Dividend | J | T | Buy (add'l) | 07/16/14 | J | | Stifel Inv't a/c |
| 58. MFS Ser Tr Intl Growth | A | Dividend | J | T | Buy (add'l) | 10/24/14 | J | | Stifel Inv't a/c |
| 59. Oppenheimer Developing Markets Cl Y | A | Dividend | J | T | Buy (add'l) | 01/24/14 | J | | Stifel Inv't a/c |
| 60. Oppenheimer Developing Markets Cl Y | A | Dividend | J | T | Buy (add'l) | 10/24/14 | J | | Stifel Inv't a/c |
| 61. Oppenheimer Developing Markets Cl Y | A | Dividend | J | T | Sold (part) | 07/16/14 | J | A | Stifel Inv't a/c |
| 62. Oak Ridge Small Cap Growth Fund | A | Distribution | J | T | Sold (part) | 10/24/14 | J | A | Stifel Inv't a/c |
| 63. Oak Ridge Small Cap Growth Fund | A | Distribution | J | T | Buy (add'l) | 07/16/14 | J | | Stifel Inv't a/c |
| 64. Thornburg Ltd Term Muni Fund | A | Dividend | J | T | Sold (part) | 07/16/14 | J | A | Stifel Inv't a/c |
| 65. Thornburg Ltd Term Muni Fund | A | Dividend | J | T | Sold (part) | 10/24/14 | J | A | Stifel Inv't a/c |
| 66. Artisan Funds Mid Cap Value | A | Dividend | J | T | Buy (add'l) | 10/24/14 | J | | Part of Stifel IRA |
| 67. Artisan Funds Mid Cap Value | A | Dividend | J | T | Sold (part) | 07/16/14 | J | A | Part of Stifel IRA |
| 68. Blackrock Equity Dividend Fund | A | Dividend | J | T | Buy | 02/24/14 | J | | Part of Stifel IRA |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SMITH, LISA M. | 09/21/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Blackrock Equity Dividend Fund | A | Dividend | J | T | Sold (part) | 07/16/14 | J | A | Part of Stifel IRA |
| 70. Blackrock Equity Dividend Fund | A | Dividend | J | T | Sold (part) | 10/24/14 | J | A | Part of Stifel IRA |
| 71. Columbia Contrarian Core Fund Class Z | A | Dividend | J | T | Buy | 01/24/14 | J | | Part of Stifel IRA |
| 72. Columbia Contrarian Core Fund Class Z | A | Dividend | J | T | Sold (part) | 07/16/14 | J | A | Part of Stifel IRA |
| 73. Columbia Contrarian Core Fund Class Z | A | Dividend | J | T | Sold (part) | 10/24/14 | J | A | Part of Stifel IRA |
| 74. Fidelity Advisor New Insight Mutual Fund Institutional Class | A | Dividend | J | T | Buy (add'l) | 10/24/14 | J | | Part of Stifel IRA |
| 75. Fidelity Advisor New Insight Mutual Fund Institutional Class | A | Dividend | J | T | Sold (part) | 01/24/14 | J | A | Part of Stifel IRA |
| 76. Fidelity Advisor New Insight Mutual Fund Institutional Class | A | Dividend | J | T | Sold (part) | 07/16/14 | J | A | Part of Stifel IRA |
| 77. Oppenheimer Developing Markets Class Y | A | Dividend | J | T | Buy (add'l) | 10/24/14 | J | | Part of Stifel IRA |
| 78. Oppenheimer Developing Markets Class Y | A | Dividend | J | T | Sold (part) | 07/16/14 | J | A | Part of Stifel IRA |
| 79. Davis New York Venture Fund Class Y | | None | | | Sold (part) | 01/24/14 | J | A | Part of Stifel IRA |
| 80. Davis New York Venture Fund Class Y | | None | | | Sold | 02/24/14 | J | A | Part of Stifel IRA |
| 81. Dodge & Cox Intl Stock Fund | A | Dividend | J | T | Buy (add'l) | 10/24/14 | J | | Part of Stifel IRA |
| 82. Dodge & Cox Intl Stock Fund | A | Dividend | J | T | Sold (part) | 07/16/14 | J | A | Part of Stifel IRA |
| 83. Franklin US Government Secs Advisor Cl | A | Dividend | J | T | Buy (add'l) | 07/16/14 | J | | Part of Stifel IRA |
| 84. Franklin US Government Secs Advisor Cl | A | Dividend | J | T | Sold (part) | 10/24/14 | J | | Part of Stifel IRa |
| 85. Harbor Fund Bond Fund | A | Dividend | J | T | Buy (add'l) | 07/16/14 | J | | Part of Stifel IRA |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SMITH, LISA M. | 09/21/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Harbor Fund Bond Fund | A | Dividend | J | T | Sold (part) | 10/24/14 | J | | Part of Stifel IRA |
| 87. Heartland Value Plus Instl Cl I | A | Dividend | J | T | Buy (add'l) | 01/24/14 | J | | Part of Stifel IRA |
| 88. Heartland Value Plus Instl Cl I | A | Dividend | J | T | Buy (add'l) | 07/16/14 | J | | Part of Stifel IRA |
| 89. Heartland Value Plus Instl Cl I | A | Dividend | J | T | Buy (add'l) | 10/24/14 | J | | Part of Stifel IRA |
| 90. Nationwide Mutual New Geneva Mid Cap Growth Instl Svc Class | A | Distribution | J | T | Buy (add'l) | 07/17/14 | J | | Part of Stifel IRA |
| 91. Nationwide Mutual New Geneva Mid Cap Growth Instl Svc Class | A | Distribution | J | T | Sold (part) | 10/24/14 | J | A | Part of Stifel IRA |
| 92. MFS Ser Tr X Intl Growth Fd Cl I | A | Dividend | J | T | Buy (add'l) | 07/16/14 | J | | Part of Stifel IRA |
| 93. MFS Ser Tr X Intl Growth Fd Cl I | A | Dividend | J | T | Buy (add'l) | 10/24/14 | J | | Part of Stifel IRA |
| 94. Pimco Fds Hi Yld Cl P | A | Dividend | J | T | Buy (add'l) | 07/16/14 | J | | Part of Stifel IRA |
| 95. Pimco Fds Hi Yld Cl P | A | Dividend | J | T | Sold (part) | 10/24/14 | J | A | Part of Stifel IRA |
| 96. Oak Ridge Small Cap Growth Fund Class Y | A | Distribution | J | T | Buy (add'l) | 07/16/14 | J | | Part of Stifel IRA |
| 97. Oak Ridge Small Cap Growth Fund Class Y | A | Distribution | J | T | Sold (part) | 10/24/14 | J | A | Part of Stifel IRA |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SMITH, LISA M. | 09/21/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

For this amendment, the only change added was transaction information in part VII, line 17.

For Part I, a ROTH IRA account was opened at Stifel for minor child #1.

For Part VII (Investments and Trusts)

+ Stifel Nicolaus is now just Stifel.

+ Entry for line 12: In the 2013 reporting period Walt Disney did not pay a dividend. In 2014, Walt Disney did pay a dividend.

+ Entry for line 21: In the 2013 reporting period, a Fidelity Custodial Acc't for minor child #2 was closed and a Stifel Custodial Acc't for minor child #2 was opened. However, under line 37 of last year's report, the Custodial Acc't for minor child #2 that was open was identified as a Fidelity acc't and should have been a Stifel acc't.

+ Entry for line 30, Citadel went bankrupt and position closed.

+ Entries for lines 32-33, the Aim Invesco name has been changed to just Invesco.

+ Entry for line 43: the name of the DWS Municipal Trust Managed Municipal Bond fund changed to Deutsche Managed Municipal Bond Fund.

+ Entries for lines 54-56, 90-91, Nationwide Mutual New Geneva Mid Cap Growth fund changed to Nationwide Geneva Mid Cap Growth Fund.

+ Entry for lines 62-63, 96-97, the name of the Pioneer Oak Ridge Small Cap Growth fund changed to Oak Ridge Small Cap Growth.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ LISA M. SMITH**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544